**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  DAVID LAUNIUS | ) | Case No. 23 B 10621 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

**NOTICE OF MOTION & CERTIFICATE OF SERVICE**

DAVID LAUNIUS                                             PRO SE DEBTOR
5742 N KINGSDALE AVE                              via Clerk's ECF noticing procedures
CHICAGO, IL  60646

Please take notice that on September 07, 2023 at 9:15 am., I will appear before the Honorable Judge TIMOTHY A BARNES or any judge sitting in the judge's place, **either** in Courtroom 744, 219 S. Dearborn Street, Chicago, IL 60604, Everett McKinley Dirksen United States Courthouse, **or** electronically as described below, and present the motion of trustee to object to discharge, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.
   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.
   **Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on August 23, 2023.

                                                                                  /s/ Thomas H. Hooper
                                                                                  _____
                                                                                  Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  DAVID LAUNIUS | ) | Case No. 23 B 10621 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

**MOTION TO OBJECT TO DISCHARGE**

Now comes Thomas H. Hooper, Trustee, and requests that the Court enter and Order denying the debtors' discharge pursuant to 11 U.S.C. § 1328 (f) and Rule 4004, and in support thereof respectfully states the following:

1. Debtor(s) filed the above captioned case on August 14, 2023.

2. Debtor(s) filed a previous Chapter 7 case, # 22-00037 filed on Jan 04, 2022,

    discharge having been issued on May 31, 2022.

3. Pursuant to 11 U.S.C. § 1328 (f), the court shall not grant a discharge of all debts

    provided for in the plan or disallowed under section 502, if the debtor received a discharge-

    (1) in a case filed under chapter 7, 11, or 12 of this title during the 4-year period

    preceding the date of the order for relief under this chapter, or

    (2) in a case filed under chapter 13 of this title during the 2-year period preceding the

    date of such order.

WHEREFORE Trustee prays, that the Court enter an Order denying the debtors' discharge and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900